UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:24-CV-22878-LMR

**TANYA MOORE,**

    **Plaintiff,**

v.

**UNIVERSITY OF MIAMI HOSPITAL**

    **Defendant.**
_____/

## MEDIATION REPORT

The undersigned court-appointed certified Mediator reports to the court as follows:

A. A mediation conference was conducted on <u>September 5, 2025.</u>

B. The mediation conference resulted in the following:
- ☐ The matter was settled in full.
- ☐ The matter was settled in part.
- ☒ The matter did not settle.
- ☐ The parties have agreed to continue negotiating with the assistance of the mediator. The parties have agreed to adjourn and reconvene on _____ to continue the mediation.

Dated: September 5, 2025

        Respectfully submitted,

        LORI ADELSON, ESQ.
        **MILES MEDIATION & ARBITRATION**
        401 East Las Blvd., Suite 1400, Fort Lauderdale, FL 33301
        Phone: (470) 639-9496
        Email: ladelson@milesadr.com
        Secondary Email: mdawson@milesadr.com

        By: /s/ *Lori Adelson*_____
            LORI ADELSON